

**NUMBER 13-07-00483-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

GLASSTEX, INC.,                                             **Appellant,**

**v.**

ARCH ALUMINUM AND GLASS CO. INC.,
AND JAMES P. GRISSOM,                         **Appellees.**

---

**On appeal from the County Court at Law No. 2
of Hidalgo County, Texas.**

---

# ORDER OF REINSTATEMENT

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

      This case has been pending on this Court's docket since July 12, 2007. The case was orally argued by the parties on October 22, 2009, and on February 16, 2010, Arch filed a Suggestion of Bankruptcy notifying this Court that Arch had filed a Chapter 11 Bankruptcy in Florida federal court. As a result, we abated this appeal due to Arch's filing. *See* 11 U.S.C. § 362; *see generally* Tex. R. App. P. 8.

While in abatement, this Court has periodically requested status updates from both parties. On August 19, 2015, Arch and Grissom filed its latest status report and stated that "substantially all of the assets of Arch were sold" and that "the bankruptcy court has exclusive jurisdiction over any claims against Arch[,] and [Arch] lacks assets to pay any judgment or standing to continue any litigation in this Court." Arch further asserted that Glasstex "failed or refused to file" a claim against it in the bankruptcy court. As a result, Arch asks this Court to dismiss Glasstex's appeal for failing to file a status report with this Court, or obtain an order lifting the automatic stay in bankruptcy court and file that order with this Court. In its response, Glasstex asserts that Arch has failed to provide any argument or proof to dismiss this case, and that this Court should render an opinion on the merits of the appeal.

After considering the filings in this case and the arguments of the parties, this Court is of the opinion that this case shall be REINSTATED for full consideration of the appeal on its merits.

It is so ORDERED.

PER CURIAM

Delivered and filed the
18th day of December, 2015.